| | |
|---|---|
| PATRICK JOHN HAMMOND AND DEBRA HAMMOND,<br>                Plaintiffs,<br><br>v.<br><br>RITTAL CORPORATION AND ORTAL DIECASTING, LTD.,<br>                Defendants. | Civil No. 06-1670 (JRT/FLN)<br><br><br>**ORDER** |

_____

Lori Barton, Paul Peterson, and William Harper, **HARPER & PETERSON, PLLC**, 3040 Woodbury Drive, Woodbury, MN 55129, for plaintiffs.

Brian Wood, Matthew Frantzen, David Byers, and Patrick Larkin, **LIND, JENSEN, SULLIVAN & PETERSON, PA,** 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402, for defendant Rittal Corporation.

William Celebrezze, **AAFEDT, FORDE, GRAY MONSON & HAGER, PA**, 150 South Fifth Street, Suite 2600, Minneapolis, MN 55402, for defendant Ortal Diecasting, Ltd.

This matter is before the Court on plaintiff's request for an extension of time to the discovery deadline that was established in the Court's September 29, 2009 order [Docket No. 121]. The Order granted the parties 60 days to conduct additional discovery. Plaintiffs are now requesting that the Court allow counsel until February 1, 2010 to complete discovery.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's request [Docket No. 122] is **GRANTED**. The depositions and any related discovery must be completed by February 1, 2010.

DATED: November 16, 2009
at Minneapolis, Minnesota.                             s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                                 United States District Judge