# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| PATRICK JOHN HAMMOND AND DEBRA HAMMOND, | Civil No. 06-1670 (JRT/FLN) |
| Plaintiffs, | |
| v. | **ORDER  FOR DISMISSAL** |
| RITTAL CORPORATION AND ORTAL DIECASTING, LTD.., | |
| Defendants. | |

_____

Paul Peterson, William Harper and Lori Barton, **HARPER & PETERSON, PLLC,** 3040 Woodbury Drive, Woodbury, MN 55129, for Plaintiffs.

Brian Wood and Patrick Larkin, **LIND, JENSEN, SULLIVAN & PETERSON, PA,** 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402, for Defendant Rittal Corporation.

William Celebrezze, **AAFEDT, FORDE, GRAY, MONSON & HAGER, PA,** 150 South Fifth Street, Suite 2600, Minneapolis, MN 55402, for Defendant Ortal Diecasting, Ltd.


 Pursuant to the parties' stipulation of dismissal with prejudice as to all claims of Plaintiff Debra Hammond, filed by the parties on November 16, 2009 [Docket No. 123], and being duly advised of all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that judgment be entered dismissing all claims by Plaintiff Debra Hammond against Defendants Rittal Corporation and Ortal Diecasting, Ltd., with prejudice, and without costs or disbursements to any party.

Plaintiff Patrick John Hammond's claims against Defendants Rittal Corporation and Ortal Diecasting, Ltd. remain preserved and are unaffected by the terms of this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 19, 2009
at Minneapolis, Minnesota.                    s/John R. Tunheim
                                           JOHN R. TUNHEIM
                                        United States District Judge