# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| PATRICK JOHN HAMMOND AND DEBRA HAMMOND, | Civil No. 06-1670 (JRT/FLN) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| RITTAL CORPORATION AND ORTAL DIECASTING, LTD., | |
| Defendants. | |

_____

Paul Peterson, William Harper and Lori Barton, **HARPER & PETERSON, PLLC,** 3040 Woodbury Drive, Woodbury, MN 55129, for Plaintiffs.

Brian Wood and Patrick Larkin, **LIND, JENSEN, SULLIVAN & PETERSON, PA,** 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402, for Defendant Rittal Corporation.

William Celebrezze, **AAFEDT, FORDE, GRAY, MONSON & HAGER, PA,** 150 South Fifth Street, Suite 2600, Minneapolis, MN 55402, for Defendant Ortal Diecasting, Ltd.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 31, 2010
at Minneapolis, Minnesota.

                                                                          s/ John R. Tunheim
                                                                           JOHN R. TUNHEIM
                                                              United States District Judge