# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| PATRICK JOHN HAMMOND AND DEBRA HAMMOND, | Civil No. 06-1670 (JRT/FLN) |
| Plaintiffs, | |
| v. | **ORDER** |
| HEWLETT-PACKARD COMPANY, et al., | |
| Defendants. | |

___

This matter is before the Court upon the stipulation of dismissal filed by the parties on June 27, 2010 [Docket No. 135].

**IT IS HEREBY ORDERED** that any and all claims against defendants in this matter are hereby dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 30, 2010
at Minneapolis, Minnesota.

                                                                   s/ John R. Tunheim
                                                               JOHN R. TUNHEIM
                                                     United States District Judge